BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-000449 LJO SKO |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL INDICTMENT |
| v. | |
| ANTHONY MURUA | |
| Defendant. | |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the indictment under seal as the defendants have been arrested.

Based on the foregoing, the United States respectfully requests that the indictment be unsealed and made public record.

Dated: February 1, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

Motion to Unseal Indictment                    1

1  BENJAMIN B. WAGNER
United States Attorney
2  MELANIE L. ALSWORTH
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
7  Attorneys for Plaintiff
United States of America
8
9               IN THE UNITED STATES DISTRICT COURT
10                 EASTERN DISTRICT OF CALIFORNIA
11

12  | UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-000449 LJO SKO |
|---|---|
13  | Plaintiff, | ORDER TO UNSEAL INDICTMENT |
14  | v. | |
15  | ANTHONY MURUA | |
16  | Defendant. | |
17

18  This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of
19  Criminal Procedure.
20      IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made
21  public record.
22
23
24
25  IT IS SO ORDERED.
26      Dated:  **February 1, 2013**            **/s/ Gary S. Austin**
27                                  UNITED STATES MAGISTRATE JUDGE
28

Motion to Unseal Indictment                    2