# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY MURUA,<br><br>    Defendant.<br>_____/ | Case No. 12-CR-0449 LJO SKO<br><br>**ORDER RE: DEFENDANT'S MOTION TO BE RELEASED TO ATTEND FUNERAL** |

    Pending before the Court is defendant's motion to be released on his own recognizance to attend his father's funeral on September 7, 2013 from 3 p.m. to 5 p.m. at Sterling and Smith, 1103 "E" Street, Fresno, CA 93706.

    The defendant's motion to be released on his own recognizance is DENIED. While the Court is sympathetic to the loss of defendant's father, this Court has duties to guard both the safety of the community and against flight from justice. Nonetheless, the Court will permit defendant to pay his last respects.

    The Court DIRECTS the U.S. Marshal to ESCORT defendant to Sterling and Smith, 1103 "E" Street, Fresno, CA. Defendant shall remain in full jail attire and remain fully shackled at all times – legs and wrists. It is within the discretion of the U.S. Marshal, consistent with safety and personnel concerns, to determine the date, the time, and the length of visitation.

IT IS SO ORDERED.

Dated: **September 3, 2013**       /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE