IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00449-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| ANTHONY MURUA, | |
| Defendant. | |

A sentencing hearing regarding violation of supervised release was held October 22, 2018. The defendant has been accepted to Westcare, an inpatient facility located in Fresno, California. The defendant shall be released with the same previously ordered conditions of supervised release issued on October 14, 2014. The defendant shall comply with the additional conditions of supervision as follows:

1. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 150 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.

///

///

///

///

Status Conference set for March 4, 2019, at 8:30am. before Judge O'Neill. The defendant shall be released on Monday, October 29, 2018, to a representative of the Westcare Residential Drug Treatment Program.

IT IS SO ORDERED.

    Dated: **October 24, 2018**       **/s/ Lawrence J. O'Neill**
                                                                              UNITED STATES CHIEF DISTRICT JUDGE