Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
Email:  tajfalaw@yahoo.com
Attorney for Anthony Murua

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Anthony Murua,<br><br>Defendant. | CASE No:  1:12-CR-00449-NONE<br><br>MOTION FOR RELEASE OF ANTHONY MURUA<br><br>DECLARATION OF COUNSEL<br><br>PROPOSED ORDER<br><br>Hon. Dale A. Drozd |

 Anthony Murua was sentenced on March 13, 2020 to attend the Teen Challenge program.  The court ordered that he be released to a representative of that program.  To date he is still at the Fresno County Jail.  Do to Covid-19 counsel has been informed that the program is not accepting new intakes or picking up defendants from the jail until further notice.  Marlene DeOrian, Anthony Murua's probation officer, indicated that many of the drug treatment programs were likewise not accepting intakes at this time.  Ms. DeOrian also advised that her office is not able to supervise or monitor defendants on home detention or the monitor at this time do to Covid-19.

 As the defendant is serving significantly more time than anticipated by the parties and the Court, and as there is no guarantee by the program when they will accept intakes, it is requested that the defendant be released.  He should be ordered to contact his probation officer within 72 hours of his release.

DATED: April 27, 2020                              Respectfully submitted,

/s/Barbara Hope O'Neill
BARBARA HOPE O'NEILL
Attorney for Anthony Murua

## DECLARATION OF COUNSEL

I, Barbara Hope O'Neill do hereby declare:

I have conferred with Jerry Ramos, a representative of the Teen Challenge program. Mr. Ramos explained that the program, because of Covid-19, was not accepting any intakes. He also indicated that they are not picking anyone up from the jail. Mr. Ramos did not know when the situation might change.

I have conferred with Marlene DeOrian, Mr. Murua's probation officer. Ms. DeOrian has also been in contact with Mr. Ramos of Teen Challenge and received the same information. Ms. DeOrian's has information that many programs are proceeding in a like manner. She also indicated that her office is unable to supervise defendants on home detention or on a monitor at this time because of Covid-19.

Executed under penalty of perjury on this 27th day of April, 2020 at Fresno, California.

  s/s Barbara Hope O'Neill
Barbara Hope O'Neill

**ORDER**

IT IS HEREBY ORDERED that Anthony Murua be released from the Fresno County Jail. The defendant is to be placed on location monitoring as a special condition of his supervised release until he is allowed to participate in the Teen Challenge program as previously ordered by the Court. The Smart Link form of location monitoring will be employed, which will require the defendant have a cell phone and an email address in connection with its use. The defendant is required to contact his probation officer immediately upon his release from custody and to advise the probation officer of where he will be residing so that a "virtual" home inspection may be conducted by probation. In addition, defendant will be restricted to his residence absent the prior approval of his probation officer. The special condition of supervised release requiring defendant to participate in the Teen Challenge program once that program resumes accepting clients remains in full force and effect.

IT IS SO ORDERED.

Dated:   **April 27, 2020**

UNITED STATES DISTRICT JUDGE